# United States District Court
## Violation Notice

Case 6:24-po-00496-HBK   Document 1   Filed 10/22/24   Page 1 of 1

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E 1166283 | Seymer | 1551 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/15/2024 2015
Offense Charged: CFR
36 CFR 2.17 (a)(3)

Place of Offense: YOSE - Yosemite Valley

Offense Description: Delivery of a person by airborne means

### DEFENDANT INFORMATION
Last Name: Iosue
First Name: Joshua
MI: A

### APPEARANCE IS REQUIRED
A [X] If Box A is checked, you must appear in court.

### APPEARANCE IS OPTIONAL
B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

20240715-058
PAY THIS AMOUNT AT www.cvb.uscourts.gov

$30 Processing Fee

YOUR COURT DATE
NP24205790

X Defendant Signature: [signature]

*E1166283*

---

## STATEMENT OF PROBABLE CAUSE

I state that on July 15th, 2024 while exercising my duties as a law enforcement officer in the Eastern District of California

See attached

The foregoing statement is based upon:
[X] my personal observation
[X] my personal investigation
[X] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/15/2024  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.