| | |
|---|---|
| **From:** | Iosue, Joshua Allen |
| **To:** | CAEDml_FRS-CVB |
| **Subject:** | REQUEST FOR VIDEO APPEARANCE |
| **Date:** | Tuesday, October 15, 2024 4:14:09 PM |

CAUTION - EXTERNAL:

The following request for video appearance has been made:

Submission request was made on:
10/15/2024 7:04:44 PM

Full Name:
Iosue, Joshua Allen

Violation Notice Case Number (s):
E1166283

Original Hearing Date:
11/6/2024

Selected Hearing Date:
11/6/2024 at 9:00am

Reason for video request:
Starting work for the winter in Moab Utah.

Last 4 Digits of Social Security Number:
6630

Address:
Honeysuckle road, 125
Lake Forest, IL 60045

Email Address:
joshuaalaniosue@yahoo.com

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.