HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
JOSHUA A IOSUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. JOSHUA A IOSUE, *Defendant.* | Case No.  6:24-PO-00496-HBK **APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for JOSHUA A IOSUE, and designate for service as follows:

>LISA N. LUMEYA
>Assistant Federal Defender
>2300 Tulare Street, Suite 330
>Fresno, CA 93721-2226
>Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  November 8, 2024

>*/s/  Lisa N. Lumeya*
>LISA N. LUMEYA
>Assistant Federal Defender
>Attorney for Defendant
>Joshua A Iosue