AO 436 (Rev. 04/13)
*Read Instructions.*

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
# AUDIO RECORDING ORDER

| 1. NAME | 2. PHONE NUMBER | 3. EMAIL ADDRESS lisa_lumeya@fd.org |
|---|---|---|
| 4. MAILING ADDRESS | 5. CITY | 6. STATE / 7. ZIP CODE |
| 8. CASE NUMBER / 9. CASE NAME | DATES OF PROCEEDINGS 10. FROM | 11. TO |
| 12. PRESIDING JUDGE | LOCATION OF PROCEEDINGS 13. CITY | 14. STATE |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

**16. AUDIO RECORDING REQUESTED** *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER *(Specify)* | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☐ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | | |
| | **ESTIMATE TOTAL** | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|

| PROCESSED BY | | | | PHONE NUMBER |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY   ORDER RECEIPT   ORDER COPY