HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
JOSHUA IOSUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSHUA IOSUE, <br><br> Defendant. | Case No. 6:24-po-00496-HBK <br><br> REQUEST FOR RULE 43 WAIVER OF APPEARANCE; [PROPOSED] ORDER |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Joshua Iosue, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.[1] Mr. Iosue agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Iosue were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. Mr. Iosue further agrees that notice to his attorney that his presence is required will be deemed notice to Mr. Iosue of the requirement of his appearance at said time and place.

---

[1] On November 6, 2024, this Court granted Mr. Iosue's Motion to Stay pending resolution in *United States v. Nunn*, No. 6:20-PO-00742-HBK. ECF No. 8. At that hearing, this Court found that a Rule 43 waiver would not be needed until a status conference was set. Given that the stay has been lifted and a status conference is now set for June 17, 2025, Mr. Iosue respectfully submits this request for a Rule 43 waiver.

DATED: May 27, 2025           /s/ Joshua Iosue

DATED: May 27, 2025           /s/ Lisa Ndembu Lumeya
                              LISA N. LUMEYA
                              Assistant Federal Defender
                              Attorney for JOSHUA IOSUE

# [PROPOSED] O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Joshua Iosue's appearance be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

DATED: _____        _____
                                    Hon. Helena Barch-Kuchta
                                    United States Magistrate Judge