HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
JOSHUA IOSUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:24-po-00496-HBK |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL AND APPOINT NEW COUNSEL; [PROPOSED] ORDER |
| JOSHUA IOSUE, | |
| Defendant. | |

Lisa N. Lumeya, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for reappointment of new counsel to represent defendant Joshua Iosue.

On November 6, 2024, Mr. Joshua Iosue appeared before this Court for an initial appearance.  He entered a plea of not guilty to a violation notice alleging a violation of 36 C.F.R. § 2.17(a)(3), prohibiting "[d]elivering or retrieving a person or object by . . . airborne means," and undersigned counsel was appointed to represent Mr. Iosue.  The matter was then stayed pending this Court's ruling on a potentially dispositive legal challenge in *United States v. Nunn*, No. 6:20-PO-00742-HBK.  On May 14, 2025, this Court lifted the stay following its ruling in *Nunn*, and set a first status conference on June 17, 2025.  At the status conference, this Court scheduled a second status conference on August 12, 2025, as well as a bench trial on October 8, 2025.

Based on the probable cause statements in the above captioned case and *United States v. Durell*, No. 6:24-po-00490-HBK, there did not appear to be a conflict with representing both Mr. Iosue and Mr. Durell. Having now had the opportunity to review the discovery, there is a conflict that prohibits undersigned counsel from representing either Mr. Iosue or Mr. Durell given the extent of communication she has now had with both of them. Accordingly, undersigned counsel respectfully requests that this Court grant her motion to withdraw as counsel and refer the matter back to the Office of the Federal Defender for the appointment of new, and separate, counsel for Mr. Iosue and Mr. Durell.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: July 3, 2025

*/s/ Lisa Ndembu Lumeya*
LISA N. LUMEYA
Assistant Federal Defender
Attorneys for Defendant
JOSHUA IOSUE

**[PROPOSED] O R D E R**

IT IS SO ORDERED that counsel of record may withdraw from its representation of JOSHUA IOSUE, and that this matter be referred back to the Office of the Federal Defender for the appointment of new, and separate, counsel.

DATED: July_____, 2025

                                                          HON. HELENA BARCH-KUCHTA
                                                          United States Magistrate Judge