UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA A. IOSUE,<br><br>Defendant. | Case No. 6:24-po-00496-HBK<br><br>ORDER DEFERRING MOTION TO WITHDRAW AS COUNSEL AND APPOINT CJA COUNSEL<br><br>(Doc. No. 16) |

On July 3, 2025, the Federal Public Defender submitted a motion seeking to withdraw as counsel and for appointment of counsel from the CJA panel on behalf of Defendant Joshua A. Iosue due to "a conflict." (Doc. No. 16, "Motion").

Defendant was issued a Class B misdemeanor citation alleging a violation of 36 C.F.R. § 2.17(a)(3), Delivering or Retrieving a person of Object by Airborne Means (Violation No. E1166283). (Doc. No. 1). The Violation required a mandatory appearance. (*Id.*).

This case is set for a second status conference on August 12, 2024 at 10:00 A.M. and a bench trial on October 8, 2025. The Court defers ruling on the Motion pending further inquiry by the Court at the August 12, 2024 status conference.

Accordingly, it is **ORDERED**:

1. The Court defers a ruling on the Motion (Doc. No. 16) pending further inquiry by the

1  Court.

2  2. The Court rescinds Defendant's Rule 43 waiver (Doc. No. 14).

3  3. Defendant shall personally appear at the August 12, 2025 status conference and submit an updated Financial Affidavit (CJA-23).

5  4. The United States shall be prepared to advise the Court at the August 12, 2025 status conference whether it is seeking a term of imprisonment if Defendant is convicted.

Dated:   July 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2