1  HEATHER E. WILLIAMS, CA BN #122664
   Federal Defender
2  LISA NDEMBU LUMEYA DC BN # 90017392
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950
   Lisa_Lumeya@fd.org
6
   Attorneys for Defendant
7  JOSHUA A. IOSUE

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )  Case No. 6:24-po-00496-HBK
12              Plaintiff,             )
                                       )
13  vs.                                )  **REQUEST FOR TRAVEL ASSISTANCE OR**
                                       )  **REQUEST FOR REMOTE APPEARANCE;**
14  JOSHUA A. IOSUE,                   )  **[PROPOSED] ORDER**
                                       )
15              Defendant.             )
                                       )
16  _____)

17          Joshua Iosue, by and through undersigned counsel, hereby requests that, pursuant to

18  18 U.S.C. § 4285, this Court direct the United States Marshal to furnish him with the cost of travel

19  from Gold Bar, Washington, to Yosemite, California, so he may attend court in Yosemite on

20  August 12, 2025, at 10 a.m.  Additionally, Mr. Iosue requests that the United States Marshal

21  provide him with subsistence expenses for this travel to Yosemite, not to exceed the amount

22  authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).  Mr. Iosue has been found

23  indigent and eligible for appointed counsel in this case.  In the alternative, and in light of these

24  circumstances, Mr. Iosue requests that the Court allow him to appear by Zoom application at the

25  scheduled status conference.  In support of this request, Mr. Iosue states:

26          Since his initial appearance before this Court, Mr. Iosue has temporarily relocated to Gold

27  Bar, Washington.  *See Declaration*.  Mr. Iosue was granted a Rule 43 waiver on June 2, 2025.

28  ECF No. 14.  On July 3, 2025, undersigned counsel filed a Motion to Withdraw, alerting the Court

1    of a conflict.  ECF No. 16.  On July 23, 2025, this Court scheduled a hearing on August 12, at 10

2    a.m. for further inquiry on the motion and revoked Mr. Iosue's Rule 43 waiver thus requiring his

3    appearance.  ECF No. 17.

4         Given Mr. Iosue's unemployment, traveling out of state to attend the August 12 hearing

5    would cause significant hardship.    Although Mr. Iosue is actively pursuing construction

6    employment opportunities in Washington and hopes to begin a temporary job during the week of

7    August 11—he is currently unemployed.  *See Declaration*.  In order to attend the 10 a.m. hearing

8    in person, Mr. Iosue would need to secure both travel and lodging accommodations.  And while

9    the driving distance between the federal courthouse in Yosemite National Park and Mr. Iosue's

10   current location is around 900 miles, Mr. Iosue would need to travel by both car and plane to attend

11   the 10 a.m. hearing.  More specifically, he would need to fly from the airport in Seattle, to San

12   Francisco as least one day before and return the day following the hearing.  *Id.*  The cost of airfare

13   roundtrip is currently around $400.  During his time in the Eastern District of California, Mr. Iosue

14   would need to cover the cost of parking his car at the Seattle airport for $141.  *Id.*  Upon arrival in

15   San Francisco, Mr. Iosue would need to rent a car for at least $100 to drive to Yosemite National

16   Park.  *Id.*  Lodging in Mariposa would cost around $300, and he would also need to cover gas and

17   food expenses throughout his travels.  *Id.*  These costs would render his entire trip at least around

18   $1,000.

19        Mr. Iosue understands his presence may be required at a future court appearance.  While

20   he is actively seeking employment, he is currently unemployed and the cost of travel for this trip

21   would severely impact his ability to save funds for any future appearances.

22        For the foregoing reasons, Mr. Iosue respectfully requests that this Court direct his travel

23   expenses be paid by the United States Marshal, or in the alternative, permit him to appear remotely

24   for the status conference on August 12, 2025.

25

26

27

28

Iosue:  Request for Travel Assistance or
Remote Appearance

-2-

1

2          Respectfully submitted,

3          HEATHER E. WILLIAMS
           Federal Defender

4

DATED:  July 30, 2025          */s/ Lisa Ndembu Lumeya*
5          LISA N. LUMEYA
           Assistant Federal Defender
6          Attorneys for Defendant
           JOSHUA IOSUE
7

8

9                    **[PROPOSED] O R D E R**

10

11       Pursuant to 18 U.S.C. § 4285, the Court direct the United States Marshal to furnish Joshua

12   Iosue with the cost of travel from Gold Bar, Washington, to Yosemite, California, so that he may

13   attend the status conference in Yosemite on August 12, 2025, at 10:00 a.m.  Additionally, the

14   United States Marshal shall provide Mr. Iosue with subsistence expenses for this travel period not

15   to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

16

17                    **[PROPOSED] O R D E R**

18

19   The Court hereby grants defendant Joshua Iosue's request for a remote appearance at the August

20   12, 2025, Status Conference.  Mr. Iosue shall appear by Zoom application, using the link provided

21   by the Court.

22

23   DATED:  July____, 2025          _____
                                      Hon. Helena Barch-Kuchta
24                                    United States Magistrate Judge

25

26

27

28

Iosue:  Request for Travel Assistance or          -3-
Remote Appearance