# D E C L A R A T I O N

1. My name is Johsua A. Iosue, and I am the accused in case no 6:24-po-00496-HBK in the Eastern District of California, arising out of Yosemite National Park.

2. On July 15, 2024, I received a citation pursuant to 36 C.F.R. § 2.17(a)(3) which prohibits "[d]elivering or retrieving a person or object by . . . airborne means." I proceeded with an initial appearance before this Court on November 6, 2024, and I was released pretrial subject to standard conditions.

3. Although my permanent address is the same, I recently relocated temporarily to Gold Bar, Washington to pursue a raft guiding job. Such opportunities are seasonal, however, and I am currently unemployed but seeking construction employment opportunities in Washington state. I have a lead for a temporary construction project that would start during the week of August 11, and traveling out of state to attend the hearing could negatively impact that job opportunity.

4. Because I am between employment and do not live in California, traveling to Yosemite would be financially challenging. To attend in person, I would need to drive to the airport in Seattle and catch a flight to San Francisco. I have identified a round trip ticket that costs $484. While in California for the hearing, I would pay about $141 to park my car at the Seattle airport until my return. Renting a car to drive between San Francisco and Yosemite would cost at least $100, and I would also need to pay for gas. The most affordable housing I have found that would allow me to easily drive in for the hearing is in Mariposa and would cost about $354.

5. I am serious about maintaining compliance with my pretrial conditions, and should the Court allow me to appear remotely, I fully understand my responsibility to do so in a timely and appropriate manner.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

July 30, 2025

*Joshua A. Iosue*
JOSHUA A. IOSUE