HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN # 90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Attorneys for Defendant
JOSHUA A. IOSUE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:24-po-00496-HBK |
| Plaintiff, | |
| vs. | **REQUEST FOR TRAVEL ASSISTANCE OR REQUEST FOR REMOTE APPEARANCE;** |
| JOSHUA A. IOSUE, | **[PROPOSED] ORDER** |
| Defendant. | |

Joshua Iosue, by and through undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish him with the cost of travel from Gold Bar, Washington, to Yosemite, California, so he may attend court in Yosemite on August 12, 2025, at 10 a.m. Additionally, Mr. Iosue requests that the United States Marshal provide him with subsistence expenses for this travel to Yosemite, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a). Mr. Iosue has been found indigent and eligible for appointed counsel in this case. In the alternative, and in light of these circumstances, Mr. Iosue requests that the Court allow him to appear by Zoom application at the scheduled status conference. In support of this request, Mr. Iosue states:

Since his initial appearance before this Court, Mr. Iosue has temporarily relocated to Gold Bar, Washington. *See Declaration*. Mr. Iosue was granted a Rule 43 waiver on June 2, 2025. ECF No. 14. On July 3, 2025, undersigned counsel filed a Motion to Withdraw, alerting the Court

of a conflict. ECF No. 16. On July 23, 2025, this Court scheduled a hearing on August 12, at 10 a.m. for further inquiry on the motion and revoked Mr. Iosue's Rule 43 waiver thus requiring his appearance. ECF No. 17.

Given Mr. Iosue's unemployment, traveling out of state to attend the August 12 hearing would cause significant hardship. Although Mr. Iosue is actively pursuing construction employment opportunities in Washington and hopes to begin a temporary job during the week of August 11—he is currently unemployed. *See Declaration*. In order to attend the 10 a.m. hearing in person, Mr. Iosue would need to secure both travel and lodging accommodations. And while the driving distance between the federal courthouse in Yosemite National Park and Mr. Iosue's current location is around 900 miles, Mr. Iosue would need to travel by both car and plane to attend the 10 a.m. hearing. More specifically, he would need to fly from the airport in Seattle, to San Francisco as least one day before and return the day following the hearing. *Id.* The cost of airfare roundtrip is currently around $400. During his time in the Eastern District of California, Mr. Iosue would need to cover the cost of parking his car at the Seattle airport for $141. *Id.* Upon arrival in San Francisco, Mr. Iosue would need to rent a car for at least $100 to drive to Yosemite National Park. *Id.* Lodging in Mariposa would cost around $300, and he would also need to cover gas and food expenses throughout his travels. *Id.* These costs would render his entire trip at least around $1,000.

Mr. Iosue understands his presence may be required at a future court appearance. While he is actively seeking employment, he is currently unemployed and the cost of travel for this trip would severely impact his ability to save funds for any future appearances.

For the foregoing reasons, Mr. Iosue respectfully requests that this Court direct his travel expenses be paid by the United States Marshal, or in the alternative, permit him to appear remotely for the status conference on August 12, 2025.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: July 30, 2025

*/s/ Lisa Ndembu Lumeya*
LISA N. LUMEYA
Assistant Federal Defender
Attorneys for Defendant
JOSHUA IOSUE

**O R D E R**

The Court denies Defendant's request for travel assistance but grants Defendant's request for a remote appearance (Doc. No. 18). Defendant may appear by videoconference for the August 12, 2025, Status Conference. Defendant shall appear by Zoom application, using the link provided by the Court.

Dated:   August 5, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Iosue: Request for Travel Assistance or Remote Appearance

-3-